UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HARVEY NOBLES,<br><br>                      Plaintiff,<br>     v.<br>GETTER, *et al.*,<br><br>                      Defendants. | Case No. 3:19-cv-00184-MMD-WGC<br><br>ORDER |

**I.     DISCUSSION**

In a previous order, the Court ordered Plaintiff to (1) file a fully complete application to proceed *in forma pauperis*, on the correct form, with both an inmate account statement for the past six months and a properly executed financial certificate, in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action pay the filing fee or file a complete application to proceed   (ECF No. 3 at 2).  Plaintiff has filed a motion for an extension of time until June 10, 2019 to file his complete application to proceed *in forma pauperis*, stating that the accounting department has been slow to honor inmate requests for account statements.  (ECF No. 4 at 1).  The Court grants the motion.  By June 10, 2019, Plaintiff shall file a fully complete application to proceed *in forma pauperis*, on the correct form, with both an inmate account statement for the past six months and a properly executed financial certificate.  The Court will retain Plaintiff's civil rights complaint

(ECF No. 1-1), but will not file it or place it in line for screening until the matter of the payment of the filing fee is resolved.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for extension of time to file a complete application to proceed *in forma pauperis* (ECF No. 4) is granted.

IT IS FURTHER ORDERED that by June 10. 2019, Plaintiff must either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form, with both an inmate account statement for the past six months and a properly executed financial certificate, in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, this action may be dismissed.

IT IS FURTHER ORDERED that the Clerk of the Court shall retain the complaint (ECF No. 1-1), but shall not file it at this time.

DATED: May 14, 2019.

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE